# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00024-CV

**Bob E. Woody and The Ranch, L.L.C., Appellants // J. Black's, L.P. and J. Black's, G.P., L.L.C., Cross-Appellants**

**v.**

**J. Black's, L.P. and J. Black's, G.P., L.L.C., Appellees // Bob E. Woody and The Ranch, L.L.C., Cross-Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-09-001436, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellees J. Black's, L.P. and J. Black's G.P., L.L.C. have filed a motion to dismiss this appeal and their own cross-appeal, asserting that the trial court has granted a motion for new trial in this cause and that no final or otherwise appealable order has been issued. In their written response to this motion, appellants Bob E. Woody and The Ranch, L.L.C. agree that the trial court has not yet rendered a final judgment and that the notice of appeal is premature. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, .014 (West 2008); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Accordingly, we grant the appellees' motion and dismiss this appeal for want of jurisdiction.

_____

                            Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   June 28, 2011

2